**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000117
15-OCT-2024
08:07 AM
Dkt. 42 OAWST**

NO. CAAP-24-0000117

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ROBERT BRUCE, Petitioner-Appellant/Cross-Appellee, v.
EMILY BAOFANG CHEN, Respondent-Appellee/Cross-Appellant


APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3DA21100161K)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal and Cross-Appeal (Stipulation), filed July 14, 2024, by Petitioner-Appellant/Cross-Appellee Robert Bruce, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and cross-appeal and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by all appearing parties and their counsel.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal and cross-appeal are dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, October 15, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge